**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

GWYNETH K. MURRAY-NOLAN,

Plaintiff,

v.

SCOTT RUBIN, personally and in his capacity as the Superintendent of Cranford Public Schools, KURT PETSCHOW, JR., personally and in his capacity as the President of the Cranford Board of Education, LISA CARBONE, personally and in her capacity as the Vice President of the Cranford Board of Education, TERRY DARLING, personally and in his capacity as a member of the Cranford Board of Education, BRETT DRYER, personally and in his capacity as a member of the Cranford Board of Education, WILLIAM HULSE, personally and in his capacity as a member of the Cranford Board of Education, NICOLE SHERRIN KESSLER, personally and in her capacity as a member of the Cranford Board of Education, MARIA LOIKITH, personally and in her capacity as a member of the Cranford Board )of Education, PATRICK LYNCH, personally and in his capacity as a member of the Cranford Board of Education, KRISTEN MALLON, personally and in her capacity as a member of the Cranford Board of Education, CRANFORD BOARD OF EDUCATION, JENNIFER OSBOURNE, Esq., in her capacity as legal counsel to the Cranford Board of Education and Superintendent Scott Rubin, SCIARRILLO, CORNELL, MERLINO, MCKEEVER, AND OSBOURNE, LLC in its capacity as legal counsel to the Cranford Board of Education and Superintendent Scott Rubin, AND JOHN DOES 1-25, and

Civil Action No.

**VERIFIED COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| ABC DEFENDANTS 1-25, who are similarly situated and likeminded actors as the above named defendants, | ) ) ) |
| Defendants. | ) ) ) |

Gwyneth K. Murray-Nolan, the Plaintiff herein, residing at 307 Casino Avenue, Township of Cranford, County of Union, State of New Jersey, hereby states as follows:

## JURISDICION AND VENUE

1. This action is brought pursuant to 42 USC § 1983 such that jurisdiction exists pursuant to 28 USC Section 1331.

2. Supplemental jurisdiction exists pursuant to 28 USC § 1367.

3. Venue of this matter is proper pursuant to 28 USC § 1391(b)(1), as the Plaintiff resides in this District.

## THE PARTIES

1. The Plaintiff is a resident of the Town of Cranford, a taxpayer in the town of Cranford, and has two minor children enrolled in the Cranford public schools.

2. SCOTT RUBIN is the Superintendent of Cranford Public Schools and held such position on January 24, 2022 and his term will not expire before the end of the 2022 school year.

3. KURT PETSCHOW, JR. is the President of the Cranford Board of Education, and held such position on January 24, 2022 and his term will not expire before the end of the 2022 school year.

4. LISA CARBONE is the Vice President of the Cranford Board of Education, and held such position on January 24, 2022 and her term will not expire before the end of the 2022 school year.

5. TERRY DARLING is a member of the Cranford Board of Education, and held such position on January 24, 2022 and his term will not expire before the end of the 2022 school year.

6. BRETT DRYER is a member of the Cranford Board of Education, and held such position on January 24, 2022 and his term will not expire before the end of the 2022 school year.

7. WILLIAM HULSE is as a member of the Cranford Board of Education, and held such position on January 24, 2022 and his term will not expire before the end of the 2022 school year.

8. NICOLE SHERRIN KESSLER is a member of the Cranford Board of Education, and held such position on January 24, 2022 and his term will not expire before the end of the 2022 school year.

9. MARIA LOIKITH is a member of the Cranford Board of Education, and held such position on January 24, 2022 and her term will not expire before the end of the 2022 school year.

10. PATRICK LYNCH is a member of the Cranford Board of Education, and held such position on January 24, 2022 and his term will not expire before the end of the 2022 school year.

11. KRISTEN MALLON is a member of the Cranford Board of Education, and held such position on January 24, 2022 and her term will not expire before the end of the 2022 school year.

12. CRANFORD BOARD OF EDUCATION is a municipal government entity, funded by the taxpayers of the Town of Cranford, with offices located at 132 Thomas Street, Cranford, New Jersey, 07016.

13. JENNIFER OSBOURNE, Esq., is contracted legal counsel to the Cranford Board of Education and Superintendent Scott Rubin, and she held such position on January 24, 2022 and her contract will not expire before the end of the 2022 school year.

14. SCIARRILLO, CORNELL, MERLINO, MCKEEVER, AND OSBOURNE, LLC, is the law firm of Jennifer Osbourne, Esq., and is contracted legal counsel to Scott Rubin and the Cranford Board of Education, and held such position on January 24, 2022 and its contract will not expire before the end of the 2022 school year.

15. JOHN DOES 1-25, and ABC DEFENDANTS 1-25, who are similarly situated and likeminded actors as the above named defendants.

## THE FACTS PERTINENT TO ALL COUNTS

16. The Cranford Board of Education held a public meeting, located at the Board of Education Board Room, Lincoln School building basement, 132 Thomas Street, Cranford, New Jersey, on January 24, 2022.

17. The Lincoln School building is a mixed use building, housing some classrooms, as well as the Board of Education offices, conference rooms, and various non-school use offices and conference rooms.

18. On January 24, 2022, the Plaintiff entered the Lincoln School building unmasked to attend the Board of Education meeting, in a sign of silent protest against the Cranford Schools masking policy, as well as the Board of Education ("BOE", collectively referring to all board members) and Superintendent Scott Rubin's ("Rubin") lack of action related to unmasking children in schools, particularly those with medical conditions and special needs.

19. No school was in session and no students or teachers were in the building at the time of the BOE meeting.

20. The BOE meeting start time was 7:30 pm.

21. Approximately 20 minutes of the Board of Education meeting was conducted starting at 7:30 pm, including various reports given to the BOE from student liaisons at various schools across town.

22. A Cranford High School liaison, who was present in-person at the BOE meeting, also made a presentation to the BOE and Rubin.

23. During the entirely of such presentations, the Plaintiff sat in a front row seat at the meeting in silence, along with approximately 20 other parents/citizens, listening to the student presentations.

24. The Plaintiff caused no disruption or disturbance to the BOE meeting.

25. Immediately prior to the start of the Public Comment portion of the BOE meeting, Defendant Jennifer Osbourne (hereinafter "Osbourne") disrupted the BOE meeting to state, multiple times, that everyone in the room must be masked.

26. After consulting with Rubin, Osbourne then threatened to call the Cranford police department on anyone in attendance at the meeting who remained unmasked.

27. The BOE, Rubin, and Osbourne then excused themselves from the public meeting space and reconvened after approximately ten minutes.

28. During the ten minute "break" that the BOE, Rubin, and Osbourne took, almost all parents/citizens in attendance at the meeting removed their masks in solidarity with the Plaintiff, and made comments to the effect that "if Gwyneth is going to be arrested, they will have to arrest all of us."

29. When the BOE, Rubin, and Osborne reconvened, they did so only to cancel the remainder of the meeting and leave.

30. The BOE, Rubin, and Osbourne "walking out" and leaving the BOE meeting deprived the Plaintiff of her First Amendment right to freedom of speech, her First Amendment right to freedom of assembly, and her First Amendment right to politically protected speech.

31. On January 25, 2022, on the Cranford Public Schools FaceBook page, which is linked from the Cranford Board of Education website, the Defendants posted a "Statement as to why no Board business was conducted at the Cranford Board of Education Meeting on January 24, 2022," a true copy of which is attached hereto, as **Exhibit A**. The public post by the Defendants was a clear attempt to chill the First Amendment rights of the Plaintiff, as well as to intimidate the Plaintiff, and to damage her reputation in the community, by failing to provide a fair, accurate, and thorough account of what transpired at the January 24, 2022 BOE meeting, and failing to include any mention of the Defendants' violations of the Plaintiff's Constitutional rights by the Defendants' actions.

32. The Defendants' Cranford Board of Education/ Cranford Public Schools FaceBook page post of January 25, 2022 failed to note the threat of police action by the Defendants, acting under the color of law, to the Plaintiff, who was silent and not disruptive, for the entirety of the first 20 minutes of the meeting.

33. The Defendants' Cranford Board of Education/ Cranford Public Schools FaceBook page post of January 25, 2022 also failed to state that 20 minutes of Board business was conducted while the Plaintiff was in attendance at the meeting, maskless, in silent protest, before Osbourne disrupted the meeting.

34. On February 10, 2022, under the banner of "Office of the Superintendent", defendant Rubin sent an email blast to all Cranford Parents and Guardians, titled "Statement on 2.14.22 Board Meeting," a true copy of which is attached hereto as **Exhibit B**, which outlined an

anticipatory plan to again violate the First Amendment rights of free speech, First Amendment rights of freedom of assembly, and the First Amendment right of politically protected speech of the Plaintiff, as well as all parents, citizens, and tax payers, who intend to be in attendance at the BOE meeting on February 14, 2022 and all BOE meetings thereafter.

35. The February 10, 2022 email and attachment from Rubin threatened that "law enforcement" would be called to "assist", in a clear attempt to chill the First Amendment rights of the Plaintiff, and all parents, citizens, and tax payers, who intend to be in attendance at the BOE meeting on February 14, 2022 and all BOE meetings thereafter.

36. It is well documented public knowledge that the Plaintiff has been an advocate of unmasking children in schools since her two minor children suffered mask injuries, which have been physical, medical, emotional, and educational in nature.

37. The Plaintiff has testified about the mask injuries to her children before members of the New Jersey State Assembly and the New Jersey Senate, and has also made countless posts in community forums and websites related to the damage to her own children, and to children generally, from masking in school. The Plaintiff has spoken at Cranford BOE meetings on at least six occasions about the policies of the Cranford BOE and Rubin in keeping children masked in school, including those with disabilities and medical injuries.

38. In addition, the Plaintiff filed a Harassment, Intimidation and Bullying Complaint ("HIB") against Rubin, a Cranford school principal, and a Cranford school nurse in September 2021, after her two minor children were the subject of a retaliatory incident on the first day of school related to the masks that they were wearing.

39. Further, it is also well known to Rubin and to the BOE that the Plaintiff has a medical background with lung issues, making masking difficult, uncomfortable to breath, and

medically compromising, as a result of a near death incident in the spring of 2019, as a result of a botched same day surgery, which led to 12 days in the ICU and 10 weeks out of work due to sepsis, double pneumonia, and organ failure due to ARDS (Acute Respiratory Distress Syndrome).[1]

40. The actions of the Defendants are clearly retaliatory in nature for the Plaintiff's filing of the HIB, and outspoken and Constitutionally protected position in multiple public forums and in BOE meetings, about unmasking children in schools, and in regard to the lack of any position by the Cranford BOE and Rubin to help the children in Cranford schools related to masking damages, injuries, and deficits.

## COUNT ONE – VIOLATION OF 42 USC § 1983 (FIRST AMENDMENT)

41. The Plaintiff repeats and realleges all of the allegations made herein.

42. At all pertinent times, all defendants were acting under color of law.

43. When the Defendants BOE and Rubin exited the January 24, 2022 BOE meeting, the Defendants BOE and Rubin deprived the Plaintiff of her civil right of freedom of speech which is protected under the United States Constitution and the New Jersey Constitution.

44. When the Defendants BOE and Rubin walked out of the January 24, 2022 BOE meeting, the Defendants BOE and Rubin deprived the Plaintiff of her civil right of freedom of assembly which is protected by the United States Constitution and the New Jersey Constitution.

---

[1] Acute respiratory distress syndrome (ARDS) is a life-threatening lung injury that allows fluid to leak into the lungs. Breathing becomes difficult and oxygen cannot get into the body. Most people who get ARDS are already at the hospital for trauma or illness. Chances of survival and recovery are better for those who recover before other organs begin to fail. Liver failure, kidney failure and severely decreased blood pressure are some common warning signs of a potentially life-threatening situation. Survivors can recover full or partial lung function due to scarring. Health problems outside of the lung such as muscle weakness or fatigue can persist for years. ARDS patients may require ventilation for long periods of time. On average this is seven to 14 days. Beyond this time, doctors may suggest a tube be placed directly into the windpipe through the neck (tracheostomy) by a surgeon. Usually the doctor believes it may take weeks more to recover from ventilator support. This tube can easily be removed once the patient is free of the need for a ventilator. It is important to note that most people survive ARDS. They will not require oxygen on a long-term basis and will regain most of their lung function. Others will struggle with muscle weakness and may require re-hospitalization or pulmonary rehabilitation to regain their strength. *See* https://www.lung.org/lung-health-diseases/lung-disease-lookup/ards

45. Acting under the color of state law, when the Defendants BOE and Rubin walked out of the January 24, 2022 BOE meeting, the Defendants BOE and Rubin deprived the Plaintiff of her civil right to exercise her politically protected speech, which is protected by the United States Constitution and the New Jersey Constitution.

**WHEREFORE**, the Plaintiff demands:

1. Injunctive relief including but not limited to:

   a. enjoining and restraining the Defendants from not having in-person Board of Education meetings as scheduled on February 14, 2022, February 28, 2022 and as further scheduled thereafter;

   b. enjoining and restraining the Defendants from exiting any in-person Board of Education meeting as scheduled to be in person;

   c. enjoining and restraining the Defendants from threatening the arrest of any parent or citizen attending an in-person Board of Education meeting who is exercising his or her First Amendment freedom of speech and freedom of assembly rights while not being disruptive or disorderly;

   d. enjoining and restraining the Defendants from any and all attempts of deprivation of freedom of speech of any parent, taxpayer, or citizen in attendance at a Board of Education meeting by further cancellation or "walk out" of any scheduled Board of Education meeting;

   e. enjoining and restraining the Defendants from all attempts at restriction of freedom of speech at any Board of Education meeting, which conduct is not disorderly or disruptive;

   f. enjoining and restraining the Defendants from all attempts at any restriction of politically protected freedom of speech at any in-person Board of Education meeting;

   g. enjoining and restraining the Defendants from further threats, intimidation, or coercion against the Plaintiff and any other parents/citizens, via email, social media posts, or by any other means, in attempt to chill the First Amendment rights of the Plaintiff and other parents/citizens;

   h. enjoining and restraining the Defendants from taking further retaliatory action against the Plaintiff;

   i. enjoining and restraining the Defendants, or anyone acting on their behalf or at the request of one or any of the Defendants, from taking retaliatory action against the Plaintiff's

minor children, J.F. and F.F., from the date of filing, through the date of each of the minor children's graduation from the District of Cranford school system;

2. Civil damages including damages for reputational damages and emotional distress,

3.Punitive damages;

4. Attorneys fees and costs of suit;

5. All other relief that the Court deems equitable and just.

**COUNT TWO – NEW JERSEY CIVIL RIGHTS NJSA 10:6-2c**

46. The Plaintiff repeats and realleges all of the allegations made herein.

47. The Defendants deprived the Plaintiff of her substantive due process rights to be heard at the BOE meeting on January 24, 2022 in violation of the United States Constitution, in violation of her New Jersey Civil Rights, NJSA 10:6-2c et seq., and otherwise acted to deprive the Plaintiff of her rights protected by the United States Constitution and New Jersey Constitution.

48. The Defendants subjected the Plaintiff to threats, intimidation and coercion (not to attend the BOE meeting of February 14, 2022, and meetings thereafter) in violation of the New Jersey Civil Rights Act via the Rubin email and attachment dated February 10, 2022.

49. The Defendants, acting under color of law, previously violated the Plaintiff's enjoyment of her substantive rights by walking out of the January 24, 2022 BOE meeting in violation of the New Jersey Civil Rights Act.

50. Pursuant to the New Jersey Civil Rights Act, and as a result of the defendant's action, the Plaintiff is entitled to civil damages, injunctive relief, and attorney fee shifting.

**WHEREFORE**, the Plaintiff demands

1. Injunctive relief including but not limited to:

a. enjoining and restraining the Defendants from not having in-person Board of Education meetings as scheduled on February 14, 2022, February 28, 2022 and as further scheduled thereafter;

b. enjoining and restraining the Defendants from leaving an in-person Board of Education meeting as scheduled to be in person;

c. enjoining and restraining the Defendants from threatening the arrest of any parent or citizen attending an in-person Board of Education meeting who is exercising his or her First Amendment freedom of speech and freedom of assembly rights while not being disruptive or disorderly;

d. enjoining and restraining the Defendants from any and all attempts of deprivation of freedom of speech of any parent, taxpayer, or citizen in attendance at a Board of Education meeting by further cancellation or "walk out" of any scheduled Board of Education meeting;

e. enjoining and restraining the Defendants from all attempts at restriction of freedom of speech at any Board of Education meeting, which conduct is not disorderly or disruptive;

f. enjoining and restraining the Defendants from all attempts at any restriction of politically protected freedom of speech at any in-person Board of Education meeting;

g. enjoining and restraining the Defendants from further threats, intimidation, or coercion against the Plaintiff and any other parents/citizens, via email, social media posts, or by any other means, in attempt to chill the First Amendment rights of the Plaintiff and other parents/citizens;

h. enjoining and restraining the Defendants from taking further retaliatory action against the Plaintiff;

i. enjoining and restraining the Defendants, or anyone acting on their behalf or at the request of one or any of the Defendants, from taking retaliatory action against the Plaintiff's minor children, J.F. and F.F., from the date of filing, through the date of each of the minor children's graduation from the District of Cranford school system;

2. Civil damages including damages for reputational damages and emotional distress;

3.Punitive damages;

4. Attorneys fees and costs of filing;

5. All other relief that the Court deems equitable and just.

## COUNT THREE – CONSPIRACY TO VIOLATE CIVIL RIGHTS

51. The Plaintiff repeats and realleges all of the allegations made herein.

52.The Defendants, all of whom are state actors, working in concert, committed the unlawful act of walking out of and canceling the Public Comment portion and remainder of the BOE meeting on January 24, 2022, so that the Plaintiff could not be heard, in violation of the Plaintiff's First Amendment right of freedom of speech.

53. The Defendants, all of whom are state actors, working in concert, committed the unlawful act of walking out of and canceling the Public Comment portion and remainder of the BOE meeting on January 24, 2022, so that the Plaintiff could not be heard, in violation of the Plaintiff's First Amendment right of freedom of assembly.

54. The Defendants, all of whom are state actors, working in concert, committed the unlawful act of walking out of the BOE meeting on January 24, 2022, so that the Plaintiff could not be heard, in violation of the Plaintiff's First Amendment right of freedom of politically protected speech.

55. The Defendants, working in concert, and under color of law, on January 25, 2022, committed the unlawful act of posting to the Cranford Board of Education webpage/Cranford Public Schools FaceBook page, an inaccurate and unfair account of the BOE meeting of January 24, 2022, in attempt to chill the civil liberties and freedom of speech of the Plaintiff, and to intimidate, threaten and coerce the Plaintiff into not attending any further BOE meetings, and by damaging the Plaintiff's reputation in the community.

56. The Defendants, working in concert, committed the unlawful act of threatening, intimidation, and coercion (for the Plaintiff not to attend the BOE meeting of February 14, 2022 or all meetings thereafter) in conspiracy to violate the Plaintiff's civil rights, via the Rubin email and attachment dated February 10, 2022.

57. The Rubin email of February 10, 2022 involved the Defendants acting in concert to deprive the Plaintiff of her civil rights, resulting in fear, anxiety, reputational damage, and emotional distress of the Plaintiff in determining what her options were related to in-person attendance at the February 14, 2022 BOE meeting, and subsequent meetings thereafter.

**WHEREFORE**, the Plaintiff demands

1. Injunctive relief including but not limited to:

a. enjoining and restraining the Defendants from not having in-person Board of Education meetings as scheduled on February 14, 2022, February 28, 2022 and as further scheduled thereafter;

b. enjoining and restraining the Defendants from leaving an in-person Board of Education meeting as scheduled to be in person;

c. enjoining and restraining the Defendants from threatening the arrest of any parent or citizen attending an in-person Board of Education meeting who is exercising his or her First Amendment freedom of speech and freedom of assembly rights while not being disruptive or disorderly;

d. enjoining and restraining the Defendants from any and all attempts of deprivation of freedom of speech of any parent, taxpayer, or citizen in attendance at a Board of Education meeting by further cancellation or "walk out" of any scheduled Board of Education meeting;

e. enjoining and restraining the Defendants from all attempts at restriction of freedom of speech at any Board of Education meeting, which conduct is not disorderly or disruptive;

f. enjoining and restraining the Defendants from all attempts at any restriction of politically protected freedom of speech at any in-person Board of Education meeting;

g. enjoining and restraining the Defendants from further threats, intimidation, or coercion against the Plaintiff and any other parents/citizens, via email, social media posts, or by any other means, in attempt to chill the First Amendment rights of the Plaintiff and other parents/citizens;

h. enjoining and restraining the Defendants from taking further retaliatory action against the Plaintiff;

i. enjoining and restraining the Defendants, or anyone acting on their behalf or at the request of one or any of the Defendants, from taking retaliatory action against the Plaintiff's

minor children, J.F. and F.F., from the date of filing, through the date of each of the minor children's graduation from the District of Cranford school system;

2. Civil damages including damages for reputational damages and emotional distress;

3.Punitive damages;

4. Attorneys fees and costs of filing;

5. All other relief that the Court deems equitable and just.

**JURY DEMAND**

The plaintiff demands trial by jury of twelve persons as to all counts so triable.

MURRAY-NOLAN BERUTTI LLC

By: ______________________
Ronald A. Berutti

Dated: February 14, 2022

**VERIFICATION**

Gwyneth K. Murray-Nolan, of full age, declares the following under penalties of perjury:

1. I am the plaintiff herein and am fully familiar with the facts and circumstances herein;
2. I have reviewed the Complaint and know its contents to be true, except as to the matters stated on information and belief which I believe to be true.

______________________
Gwyneth K. Murray-Nolan

Dated: February 14, 2022

10:30

**Cranford Public Schools**
Jan 25 ·

Statement as to why no Board business was conducted at the Cranford Board of Education Meeting on January 24, 2022:

Unfortunately, the Cranford Board of Education had to abruptly end the January 24, 2022 meeting just a few minutes into the session after a member of the public refused to wear a mask in accordance with executive order 281, which reinstates executive orders 251 and 253. The Board is compelled to follow all laws, including executive orders. The Board is fully aware that not all individuals agree with this executive order and / or may qualify for a medical exception. For these reasons, the Board provides an opportunity to take part in Board meetings both in-person and virtually. The individual was informed that they could participate virtually and refused. They were also offered a mask on more than one occasion and refused. Rather than contacting the police, the Board chose to end the meeting so it could be in compliance with the executive order. It is extremely unfortunate that this occurred as the district had official business that needed to be acted upon for the good of the school community which also impacts the community at large. Moreover, the cessation of the meeting robbed residents of the opportunity to take part in the public proceedings and have their voices heard. Moving forward, we expect that all attendees will be respectful and compliant, allowing official business to take place

Write a comment...

Home Watch 9+ Groups News 2 Notifications 7 Menu

PLAINTIFF'S EXHIBIT A

10:30

Cranford Public Schools
Jan 25 ·

follow all laws, including executive orders. The Board is fully aware that not all individuals agree with this executive order and / or may qualify for a medical exception. For these reasons, the Board provides an opportunity to take part in Board meetings both in-person and virtually. The individual was informed that they could participate virtually and refused. They were also offered a mask on more than one occasion and refused. Rather than contacting the police, the Board chose to end the meeting so it could be in compliance with the executive order. It is extremely unfortunate that this occurred as the district had official business that needed to be acted upon for the good of the school community which also impacts the community at large. Moreover, the cessation of the meeting robbed residents of the opportunity to take part in the public proceedings and have their voices heard. Moving forward, we expect that all attendees will be respectful and compliant, allowing official business to take place and affording fellow residents the opportunity for their voices to be heard.

Like Comment Share

Nikki Savino Mulcahy and 46 others

5 Shares

Most relevant

Write a comment...

Home Watch 9+ Groups News 2 Notifications 7 Menu

2:02

< 15

[Brookside_Place_Sc...

Office of the Superintend... Thursday
To: undisclosed-recip... & 1 more >

# [Brookside_Place_School_Information] Statement on 2.14.22 Board Meeting

In light of the disruption that occurred at the last Board meeting, and in an effort to ensure that on February 14, the Board is able to conduct its obligated business on behalf of the school community, while adhering to its legal responsibilities to enforce all applicable laws, including executive orders, please note the following:

In accordance with the governor's recent announcement, the District will not require universal masking, starting on March 7, but must enforce masking at the upcoming Board meetings on February 14 and February 28. At both meetings the Board will provide an opportunity for residents to take part both in-person and virtually. The Board also has a process for those individuals who qualify for a mask exception. Those wishing to avail themselves of this opportunity should follow the procedure stated on the cover page of the Board agenda (attached).

Board Policy 0167 - Public Participation in Board Meetings provides for the requesting of assistance

PLAINTIFF'S EXHIBIT B

2:02

[Brookside_Place_Sc...

Board Policy 0167 - Public Participation in Board Meetings provides for the requesting of assistance from law enforcement officers in the removal of a disorderly person when that person prevents or disrupts a meeting with an act that obstructs or interferes with a meeting. We ask that community members not place the Board in a position where law enforcement has to be called to assist; it places a burden on our police officers and also diverts their attention from potentially urgent matters in our community. Rather, if residents object to executive orders, please focus your efforts on those individuals who either created the orders or who have the power to affect change through legislation, not on a group of volunteers who are bound by their oath to enforce them.

We expect that all attendees will be respectful and compliant, allowing official business to take place and affording fellow residents the opportunity for their voices to be heard. Let's continue to have Cranford residents be great role models for our children and for other communities.

--

To unsubscribe from this group, send email to brookside_place_school_information+unsubscribe@cranfordschools.org

---

You received this message because you are